UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>BEST DEAL FOOD COMPANY, INC., AND TERRY J. RAVAZZINI ET AL. TRUST,<br><br>Defendants. | 1:14-cv-156-LJO-BAM<br><br>ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF ALL DEFENDANTS (DOC. 8) |

On June 3, 2014, Aurora Cervantes ("Plaintiff") filed a notice of voluntary dismissal of all Defendants under Fed. R. Civ. P. 41(a)(1). Doc. 8 at 1. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because no defendant has yet filed an answer or motion for summary judgment. Plaintiff requests that the Court issue an order dismissing her complaint in its entirety with prejudice. *Id.*

Based on plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **June 4, 2014**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1